

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

SUHEY L. ATTAGUILE,

|                          |   |                           |
|--------------------------|---|---------------------------|
| Appellant,               | § | No. 08-16-00222-CV        |
| v.                       | § | Appeal from the           |
| ANGELO F. ATTAGUILE,     | § | 65th District Court       |
| Appellee.                | § | of El Paso County, Texas  |
|                          | § | (TC# 2014DCM2379)         |
|                          | § |                           |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in that part of the trial court's judgment awarding child support. We therefore affirm that part of the judgment. We conclude there was error in that part of the trial court's judgment with regard to the mischaracterization of the Diaz Note as Appellee's separate property. We therefore reverse that part of the judgment and remand to the trial court for a just and equitable division that includes the Diaz Note as part of the marital estate.

We further order that Appellant and Appellee each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.